# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **1:19cv120**

TITLE  **Eric Love v Augusta-Richmond County, Georgia et al**

DATE  **January 23, 2020**

TOTAL  **3 hours**

Honorable : **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy :

Court Reporter :

Interpreter :

| Attorney for        Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Nathan Kellum<br>Eric Love (Plaintiff) | Randolph Frails<br>Tameka Haynes | |

PROCEEDINGS :  **Mediation - Augusta, GA**

☐ In Court
☑ In Chambers

**Mediation held, case settled. Final agreement to be signed by the second**
**Friday after approval by the Augusta Commission.**

**Dismissal filed upon receipt of payment.**

(Rev 7/2003)

GENERAL CLERK'S MINUTES