IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ERIC JOSEPH LOVE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 119-120 |
| | * | |
| AUGUSTA-RICHMOND COUNTY, GEORGIA, et al., | * | |
| | * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiff's unopposed Rule 41 Dismissal of Action. (Doc. 27.) Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a). In accordance with the Court's February 21, 2020 Order, the Court shall retain jurisdiction over this matter and the parties as may be necessary to enforce the provisions of the Consent Order and Judgment. (Doc. 25, pp. 1-2 (citing Consent Order & J, § 5).) **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA